IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0225

_____

MONTANA ENVIRONMENTAL
INFORMATION CENTER and SIERRA CLUB,

      Plaintiffs, Appellees,
      and Cross-Appellants,

   v.

MONTANA DEPARTMENT OF
ENVIRONMENTAL QUALITY AND           O R D E R
NORTHWESTERN ENERGY, INC.,

      Defendants, Appellants,
      and Cross-Appellees,

STATE OF MONTANA, by and through
the OFFICE OF THE ATTORNEY GENERAL,

      Intervenor-Defendant.

_____

Counsel for Appellees Montana Environmental Information Center and Sierra Club have filed an Unopposed Motion for Leave to File Combined Reply Brief. They also request an extension of time until 14 days after Intervenor State of Montana files its brief, which is due December 13, 2023.

Pursuant to M. R. App. P. 12(3), "[o]nly one reply brief may be filed, regardless of the number of appellees' briefs filed, and the rule 11(3) word or page limit for reply briefs applies even if the reply brief also contains a response to a cross-appeal."

IT IS HEREBY ORDERED that Appellees are granted an extension of time to and including December 28, 2023, to file their reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 24 2023